UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:20-CR-295-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | **ORDER** |
| | : | |
| MELISSA ROUSE | : | |

The Court having considered Defendant Melissa Rouse's motion requesting leave to file her sentencing memorandum under seal, and good cause having been shown, it is this __22__ day of September 2021 HEREBY ORDERED that the motion is GRANTED. The Clerk is directed to place the Defendant's sentencing memorandum under seal.

JAMES C. DEVER III
United States District Judge